PER CURIAM.
Affirmed upon authority of Canova v. Florida National Bank of Jacksonville, Fla.1952, 60 So.2d 627; 38 C.J.S. Gifts § 42, p. 821; Kuebler v. Kuebler, Fla.App.1961, 131 So.2d 211; Dodson v. National Title Insurance Company, 1947, 159 Fla. 371, 31 So.2d 402; Broward National Bank of Fort Lauderdale v. Bear, Fla.App.1961, 125 So.2d 760, 84 A.L.R.2d 1352, and Farrington v. Richardson, 1944, 153 Fla. 907, 16 So.2d 158.
' PIERCE, Acting C. J., and MANN and McNULTY, JJ., concur.